UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DWIGHT R. MCDOWELL,**

        **Plaintiff,**

-vs-                                                                    Case No.  6:07-cv-838-Orl-19KRS

**ALBERTO E. LUGO-JANER,**

        **Defendant.**

# ORDER

This case comes before the Court on the Motion of Plaintiff for Leave of Court to Add Two Defendants to the Litigation. (Doc. No. 16, filed Nov. 26, 2007.)

On June 4, 2007, Plaintiff filed his second motion to proceed in forma pauperis. (Doc. No. 11, filed June 4, 2007.) On September 7, 2007, the Court denied his motion and dismissed his Amended Complaint for lack of subject matter jurisdiction. (Doc. No. 14, filed Sept. 7, 2007.) Plaintiff then filed a Second Amended Complaint on September 12, 2007. (Doc. No. 15, filed Sept. 12, 2007.) He has not paid the filing fee or filed a third motion to proceed in forma pauperis.

By statute, litigants in federal court are required to either pay the applicable filing fee or file a motion to proceed in forma pauperis. 28 U.S.C. §§ 1914-15 (2006). The purpose of this statutory requirement is to deter frivolous litigation, and the Court will ordinarily refuse to allow the litigation to proceed beyond the filing of a complaint until the fee is paid or a motion to proceed in forma pauperis is approved. *See Herrick v. Collins*, 914 F.2d 228, 230 (11th Cir. 1990). As such, the Court will not entertain Plaintiff's motion for leave to add two additional defendants until he pays the filing fee or is approved to proceed in forma pauperis.

Based on the foregoing, the Motion of Plaintiff for Leave of Court to Add Two Defendants to the Litigation is **DENIED** without prejudice. (Doc. No. 16, filed Nov. 26, 2007.) Plaintiff is ordered to pay the filing fee or file a motion to proceed in form pauperis within **ten (10) days** from the date of this order. Failure to comply with this Order will result in dismissal of this case without further notice or warning.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on December 19____, 2007.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record
Unrepresented Party